AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
Vanessa L Armstrong, Clerk
Jun 03 2020
U.S. District Court
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRIAN N. DEAN, JR | ) | Case No. |
| | ) | 3:20-mj-396 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 3, 2020   in the county of   Jefferson   in the   Western   District of   Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Dan Volk and /s/ Orrin Ambrose
*Complainant's signature*

Dan Volk, SA ATF and Orrin Ambrose, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/03/2020

*Judge's signature*

City and state:   Louisville, Kentucky

Regina S. Edwards, United States Magistrate Judge
*Printed name and title*