# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

# INTRODUCTION

We, Bureau of Alcohol, Tobacco, Firearms, (ATF) Special Agent (SA) Dan Volk and Orrin Ambrose, Special Agent, FBI, (hereinafter referred to as "Affiants"), conducting a joint investigation, being each severally and duly sworn, each for himself, deposes and says:

1. We are investigative or law enforcement officers within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, government agents engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I, Affiant, Dan Volk, is a Special Agent ("S/A"), with the Bureau of Alcohol, Tobacco, and Firearms ("ATF"). I have been employed as a Special Agent with ATF for over thirty years. My duties as a Special Agent include the investigation of criminal violations of state and federal firearms laws. During my career with ATF, my primary focus has been investigations pertaining prohibited persons in possession of firearms and the illegal trafficking of firearms.

3. FBI SA, Orinn Ambrose, has been employed as a Special Agent for the FBI since 2014 during which time he has been assigned to conduct criminal investigations in the Louisville Division. His official duties include investigations involving corporate fraud, wire fraud and money laundering, and counter terrorism. In the course of conducting these investigations, he has interviewed and debriefed informants, conducted physical surveillance, executed search and arrest warrants, conducted mail covers, and analyzed financial and business records.

4. Both Affiants are familiar with the information contained in this affidavit. The information contained in this affidavit does not disclose the entire scope of the investigation. The information in this affidavit is derived from Affiant's personal knowledge, experience, the knowledge of witnesses and information provided by other law enforcement sources

**BASIS FOR PROBABLE CAUSE**

5. Beginning May 28, 2020 through todays date (June 3, 2020), downtown Louisville, Kentucky has been the scene of civil unrest including protests, some violent protests, and rioting. The city is under 9 p.m. curfew and the Kentucky National Guard has been activated to assist federal, state, and local law enforcement.

6. On June 3, 2020, Louisville Metro Police Department (LMPD) Officers had received a report of shots fired near 17th St and Broadway, Louisville, KY. While in route to that location, at approximately 4:00 am, LMPD Officer Brent DeLong observed an individual later identified as Brian N Dean Jr. (Dean), DOB XX/XX/1995, SSN XX-XXX-3505, wearing a blue shirt and blue jeans, and a white female walking near the intersection of 15th Street and Broadway. Dean and the female matched the description of a notification called out to all LMPD Officers earlier in the day of a white male in a blue shirt, with a white female. The notification stated the female was crying and the man in the blue shirt drew a gun and pointed the gun at an individual who offered to help the female. The individual reporting the incident has been identified as the person whom had the firearm pointed at them by the suspect.

7. LMPD Officers stopped to talk to Dean and the female, based on the previously dispatched information and descriptions of the suspect. While approaching Dean, an Officer observed the outline of a pistol in Dean's front pocket. The Officers detained Dean, at which time they recovered a Glock, model 43, 9mm pistol bearing serial number BFUD100 with a loaded magazine. A subsequent search related to the firearm in NCIC determined the firearm was reported as being stolen. During the contact, Dean stated he had a six (6) year sentence over

his head (indicating he is a convicted felon). Dean also stated he had found the firearm approximately thirty minutes prior to being stopped by the police.

8. On June 3, 2020, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Jarrod Chittum rendered an opinion on the following firearm to determine its origin to establish an interstate nexus on the Glock, Model 43, 9-mm pistol, bearing serial number BFUD100. Based on a detailed description of the firearm provided by ATF SA Dan Volk, in conjunction with his own research, knowledge, and experience, it is SA Chittum's opinion that the firearm described above was not manufactured in the Commonwealth of Kentucky. Additionally, it is SA Chittum's opinion that the above item is a firearm as defined under Federal law and would have previously traveled in interstate and/or foreign commerce to reach the Commonwealth of Kentucky.

9. Affiants verified that on or about July 13, 2017, records indicate Dean was arrested for Burglary – 2nd Degree, related to District Court case number 17F-008479. Kentucky Court of Justice CourtNet indicates case number 17F-008479 was combined with case number 17F-008478. Both cases were indicted and charged in Circuit Court under case number 17CR-002662. As a result of this case, Dean was found guilty of Robbery – 2nd, a felony in the Commonwealth of Kentucky. Dean was sentenced on October 5, 2018 to a sentence of eight (8) years in prison.

10. On June 3, 2020, Lieutenant Mike Redmon of the Jefferson County Department of Corrections (DOC) provided an arrest photograph related to Dean in case number 17-CR-002662. This arrest photograph was examined by Affiants and compared to the arrest photograph of Brian Dean (DOB: XX-XX-1995) taken at the time of his arrest on 06/03/20 for Possession of

a Firearm by a Felon and Receiving Stolen Property (firearm). Affiants are confident the individuals in the photographs are the same person, Brian Dean.

## **CONCLUSION**

Based on the above facts and circumstances, Affiants state that there is probable cause to believe that **BRIAN DEAN** has committed violations of Title 18, USC Section 922(g)(1), felon in possession of a firearm.

These warrants were telephonic search warrants pursuant to Fed. R. Crim. P. 41(d)(3).

Co-affiants:

*S/Dan Volk*_____
Dan Volk
Special Agent, ATF


*S/Orrin J. Ambrose*_____
Orrin J. Ambrose
Special Agent, FBI

Sworn to by the affiants in accordance with the requirements of

Fed.R.Crim.P. 4.1 and 41(d)(3) by telephone and email, reliable electronic means, on this day, June 3, 2020.

_____
Regina S. Edwards
United States Magistrate Judge