CLERK OF CIRCUIT COURT

GENE SNYDER UNITED STATES COURTHOUSE

601 W. BROADWAY

SUITE 106

LOUISVILLE, KENTUCKY

    40202-2238

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 APR -2 PM 3:22

MARCH 23, 2021

TO WHOM IT MAY CONCERN,

    I AM WRITING TO YOU REGARDING DOCUMENTS I NEED FOR CASE NO. 20-CR-58.

    I WOULD LIKE THE FOLLOWING DOCUMENTS: ORIGINAL INDICTMENT, PLEA AGREEMENT, DOCKET SHEET, JUDGMENT OF COMMITTMENT, SENTENCING MEMORANDUM, AND SENTENCING TRANSCRIPTS.

    THANK YOU FOR YOUR TIME IN THIS MATTER.

        SINCERELY,

        BRIAN DEAN SR.

        BOP REG. #20181-033

        F.C.I. TERRE HAUTE

        P.O. BOX 33

        TERRE HAUTE, IN

            47808

BRIAN DEAN SR
BOP. REG. #20181-033
F.C.I. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN
47808

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 APR -2 PM 3:22

OLIS IN 460
2021 PM 2 L



CLERK OF CIRCUIT COURT
GENE SNYDER UNITED STATES COURTHOUSE
601 W. BROADWAY
SUITE 106
LOUISVILLE, KENTUCKY
40202-2238

INDIAN
A
31 MAR